UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PILLOW

        Plaintiff,

vs.

SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON

        Defendants

Civil Action No. ____

03 12419 NG

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendants Sonepar Distribution New England, Inc., Carl Brand and Mark Peterson in this matter.

SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON

By its attorney,

_____
Jennifer Catlin Tucker, BBO #547944
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: December 1, 2003

## CERTIFICATE OF SERVICE

I, Jennifer Catlin Tucker, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on December 1, 2003.

_____
Jennifer Catlin Tucker