UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT PILLOW

Plaintiff,

vs.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND, and
MARK PETERSON

Defendants.

Civil Action No. ____

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:**

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants Sonepar Distribution New England, Inc., Carl Brand and Mark Peterson ("Defendants") hereby give notice of the removal to this Court of the above-captioned civil action, commenced in the Commonwealth of Massachusetts Superior Court, County of Norfolk, Superior Court Civil Action No. 03-01621. As grounds for the removal, Defendants respectfully state:

1. The Complaint in Norfolk County, Civil Action No. 03-01621, was served on Defendants on November 24, 2003.

2. Plaintiff Robert Pillow's Complaint includes claims made pursuant to the federal statute known as the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C. Sections 621 et seq.

1

4.  The Plaintiff claims damages of at least $168,558, and appears, according to the Superior Court Civil Action Cover Sheet, to claim additional damages.

5.  Defendants are entitled to remove the Plaintiff's action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because this Court has original "federal question" jurisdiction over this matter under the provisions of 28 U.S.C. §1331, and the action is pending within this District and Division.

6.  Copies of all process and non-discovery pleadings served on Defendants in this action are attached hereto as Exhibit A.

SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND and MARK PETERSON

By their attorney,

Jennifer Catlin Tucker BBO #547944
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: December 1, 2003

## CERTIFICATE OF SERVICE

I, Jennifer Catlin Tucker, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on December 1, 2003.

Jennifer Catlin Tucker