UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2003 DEC 10  A 10: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ROBERT PILLOW<br><br>Plaintiff,<br><br>vs.<br><br>SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON<br><br>Defendants. | Civil Action No. 03-12419-NG |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

The Defendants, Sonepar Distribution New England, Inc., Carl Brand and Mark Peterson ("Defendants") hereby move this Court, with the assent of the Plaintiff, Robert Pillow, for a brief extension of time to respond to the Complaint. The parties agree that the Defendants may serve their response by January 15, 2004.

As grounds for this Motion, the Defendants state:

1.  The requested extension is brief. The Defendants ask to be permitted to serve their response on January 15, 2004, which is only one month after the original due date of December 15, 2003 and which encompasses the holidays. Moreover, this is the first extension sought in this case.

2.  The Plaintiff will not be prejudiced by the requested extension.

3.  The Plaintiff has agreed to a due date of January 15, 2004, and has assented to this Motion.

4.     The requested extension will not interfere with the progression of this case on the docket. The next event in this case, the Rule 16 Scheduling Conference, has not yet been scheduled.

WHEREFORE, the Defendants respectfully request, with the assent of the Plaintiff, that this Court enlarge the time for service of Defendants' response to January 15, 2004.

SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND and MARK PETERSON

By their attorney,

*[signature]*
Jennifer Catlin Tucker BBO #547944
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated: December 9, 2003

### CERTIFICATE OF SERVICE

I, Jennifer Catlin Tucker, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on December 9, 2003.

*[signature]*
Jennifer Catlin Tucker