UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 10  A 10: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT PILLOW

Plaintiff,

vs.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND, and
MARK PETERSON

Defendants.

Civil Action No. 03-12419-NG

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SONEPAR DISTRIBUTION NEW ENGLAND, INC.

Pursuant to Local Rule 7.3, Defendant Sonepar Distribution New England, Inc. states that it is wholly owned by Sonepar Distribution US Holdings, Inc., 300 Delaware Avenue, Suite 1704, Wilmington, Delaware 19801-16712.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND and
MARK PETERSON
By their attorney,

_____
Jennifer Catlin Tucker BBO #547944
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA 02116-3902
617-348-4300

Dated:   December 9, 2003

Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on December 9, 2003.

_____
Jennifer Catlin Tucker