UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 18 P 1: 15

U.S. DISTRICT COURT
DISTRICT OF MASS.

ROBERT PILLOW

        Plaintiff,

vs.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND, and
MARK PETERSON

        Defendants.

Civil Action No. 03-12419-NG

FILING FEE PAID:
RECEIPT #_____
AMOUNT $_____
BY DPTY CLK_____
DATE_____

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES BUCCI, ESQ. AS COUNSEL FOR DEFENDANTS

The undersigned, Jennifer Catlin Tucker, a member in good standing of the Bar of this Court, moves pursuant to Local Rule 83.5.3 for the admission of attorney James Bucci to the bar of this Court *pro hac vice* to practice in the above-captioned action as counsel to Defendants Sonepar Distribution New England, Inc., Carl Brand and Mark Peterson ("Defendants"). As stated in the accompanying Declaration, Attorney Bucci is a member in good standing in every jurisdiction where he has been admitted to practice. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Mr. Bucci is an attorney with the firm Spector, Gadon & Rosen, P.C., Seven Penn Center, 1635 Market Street, Philadelphia, Pennsylvania. He is a member in good standing of the bars of Pennsylvania, New Jersey, the United States District Courts for

the Eastern and Middle Districts of Pennsylvania, the Eastern and Southern Districts of New York, the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

The undersigned is a member in good standing of the bar of this Court, is a partner with the law firm of Sullivan Weinstein & McQuay, P.C., has entered her appearance in this action and will act as local counsel.

Counsel for Plaintiff has assented to this Motion.

WHEREFORE, Jennifer Catlin Tucker respectfully requests that James Bucci, Esq., be admitted to the bar of this Court *pro hac vice* to practice in the above-captioned action.

> SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND and MARK PETERSON
>
> By their attorney,
>
> _____
> Jennifer Catlin Tucker BBO #547944
> Sullivan Weinstein & McQuay, P.C.
> Two Park Plaza, Suite 610
> Boston, MA 02116-3902
> 617-348-4300

Dated:   December 17, 2003

### Local Rule 7.1(a)(2) Certification

Counsel for the parties have conferred and counsel for Plaintiff assents to this Motion for Admission Pro Hac Vice of James Bucci, Esq, As Counsel for Defendants.

_____
Jennifer Catlin Tucker

### Certificate Of Service

I, Jennifer Catlin Tucker, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on December 17, 2003.

_____
Jennifer Catlin Tucker