UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*

*2003 DEC 18 P 1: 15*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

---

ROBERT PILLOW

Plaintiff,

vs.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND, and
MARK PETERSON

Defendants.

---

Civil Action No. 03-12419-NG

## DECLARATION AND CERTIFICATE OF JAMES BUCCI, ESQ.

I, James Bucci, Esq., hereby declare and certify as follows:

1.      I am an attorney at the law firm of Spector, Gadon & Rosen, P.C., Seven Penn Center, 1635 Market Street, Philadelphia, Pennsylvania. I am admitted to practice before the courts of the Commonwealth of Pennsylvania and the State of New Jersey, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, Eastern and Southern Districts of New York and District of New Jersey, and the United States Court of Appeals for the Third Circuit.

2.      I am a member in good standing of the bar in every jurisdiction and court to which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction or court.

3.      I have read the Local Rules of the United States District Court for the District of Massachusetts and am familiar with them.

4.      For several years, I have represented the Defendant Sonepar Distribution

New England, Inc. ("Sonepar") in connection with various matters, including but not

limited to, defending Sonepar (and Mark Peterson, President) in the administrative action

brought by Plaintiff Robert Pillow ("Plaintiff") in the Massachusetts Commission Against

Discrimination, the action that preceded the filing of this action in Norfolk Superior

Court, from whence it was removed to this Court.

5.      The Defendants have requested that I represent them in this litigation.

6.      The undersigned law firm of Sullivan Weinstein & McQuay, P.C. would

represent the Defendants as local counsel in this action.

I declare, under pain and penalty of perjury, on this 12th day of December, 2003,
that the foregoing is true and correct.

James Bucci, Esq.

### Certificate of Service

I, Jennifer Catlin Tucker, hereby certify that a true copy of the above document
was served by first class mail, postage pre-paid, on Daniel S. O'Connor, Shaevel &
Krems, 141 Temont Street, Boston, MA 02111 on this ___ day of December, 2003.

2