UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PILLOW<br><br>Plaintiff,<br><br>vs.<br><br>SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON<br><br>Defendants. | Civil Action No. 03-12419-NG |

## REQUEST FOR HEARING

Pursuant to Local Rule 7.1(D), defendants Defendants Sonepar Distribution New England, Inc. ("Sonepar"), Carl Brand, and Mark Peterson state that oral argument may assist the Court in resolving the defendants' motions to dismiss and therefore request oral argument thereon.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., CARL BRAND and
MARK PETERSON
By their attorneys,

/s/ A. Lauren Carpenter
Jennifer Catlin Tucker, BBO #547944
A. Lauren Carpenter, BBO #551258
Sullivan Weinstein & McQuay, P.C.
Two Park Plaza, Suite 610
Boston, MA  02116-3902
617-348-4300

2

        James Bucci
        Spector, Gadon & Rosen, P.C.
        Seven Penn Center, 1635 Market Street
        Philadelphia, PA 19103
        (215) 241-8888

Dated:   February 13, 2004

### Certificate of Service

I, A. Lauren Carpenter, hereby certify that a copy of the foregoing document was served by mailing same, postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA  02111 on February 13, 2004.

*A. Lauren Carpenter* (signature)
A. Lauren Carpenter