UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. PILLOW,
PLAINTIFF

v.

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., AND, CARL BRAND,
AND MARK PETERSON,
DEFENDANTS

Civil Action No. 03-12419-NG

## JOINT STATEMENT FOR LOCAL RULE 16.1 CONFERENCE

In accordance with Local Rule 16.1 F.R.C.P. 26(f), plaintiff Robert A. Pillow and defendants Sonepar Distribution New England, Inc. and Carl Brand and Mark Peterson submit this Joint Statement and Joint Discovery Plan in advance of the Local Rule 16.1 Conference on October 14, 2004.

### I. JOINT DISCOVERY PLAN

The parties have agreed upon the following dates on or before which the following discovery events in this case will occur:

| Date | Event |
|---|---|
| **August 31, 2004** | Defendants made initial disclosures under Fed.R.Civ.P. 26(a)(1). |
| **October 7, 2004** | Plaintiff Robert A. Pillow shall make the initial disclosures under Fed.R.Civ.P. 26(a)(1). |
| **October 21, 2004** | Plaintiff shall respond to First Requests for Production of Documents of Defendants Addressed to Plaintiff and First Set of Interrogatories of Defendants Addressed to Plaintiff. |
| **October 21, 2004** | Plaintiff shall propound initial written discovery requests. |
| **November 10, 2004** | Agreed upon date on which Robert A. Pillow will be deposed. |
| **April 18, 2005** | Discovery completed. |

1

## II. PROPOSED SCHEDULE FOR FILING MOTIONS

**February 18, 2005**   Deadline for any Rule 15, 19 and 20 Motions Filed.

**May 18, 2005**   Deadline for Filing of Rule 56 Motions

**30 days after service**   Opposition to any Rule 56 Motions Filed.
**of Rule 56 Motion**

## III. CERTIFICATIONS OF COUNSEL AND PARTIES

Certifications pursuant to Local Rule 16.1(D)(3) will be filed separately by the parties.

## IV. OTHER MATTERS

    **A.**   **Proposed Agenda for the October 14, 2004 Conference:**

        i.   Discussion of Proposed Discovery Plan and Schedule

    **B.**   **Alternative Dispute Resolution (ADR)**

The parties have discussed the resolution of the litigation through mediation.

    **C.**   **Settlement proposal**

The plaintiff has presented a written settlement proposal to the defendants. The parties have conferred about the nature and basis for their claims and defenses and the possibilities for a prompt settlement or resolution of the case.

    **D.**   **Consent to Trial By Magistrate Judge**

The parties will consent to trial by magistrate judge.

| | |
|---|---|
| ROBERT A. PILLOW<br><br>By his Attorneys,<br><br>_/s/ Daniel S. O'Connor_<br>William H. Shaevel (BBO # 452840)<br>Daniel S. O'Connor (BBO # 634218)<br>Shaevel & Krems<br>141 Tremont Street, 3rd Floor<br>Boston, MA 02111<br>617-556-0244<br>doconnor@shaevelkrems.com | SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON<br>By their attorneys,<br><br>_/s/ Jennifer Catlin Tucker_<br>Jennifer Catlin Tucker (BBO # 547944)<br>Sullivan, Weinstein & McQuay, P.C.<br>Two Park Plaza, Suite 610<br>Boston, MA 02116-3902<br>617-348-4300<br>jtucker@swmlawyers.com<br><br>James Bucci (pro hac vice)<br>Spector, Gadon & Rosen, P.C.<br>Seven Penn Center, 7th Floor<br>1635 Market Street<br>Philadelphia, PA 19103<br>215-241-8888<br>JBucci@lawsgr.com |

3