UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. PILLOW,

    Plaintiff,

vs.

SONEPAR DISTRIBUTION OF NEW ENGLAND, INC., CARL BRAND, AND MAR PETERSON,

    Defendants.

Civil Action No. 03-12419-NG

## DEFENDANT SONEPAR DISTRIBUTION NEW ENGLAND, INC.'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), an authorized representative of defendant Sonepar Distribution New England, Inc., and its counsel, certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____
James Bucci (admitted pro hac vice)
SPECTOR, GADON & ROSEN, P.C.
Seven Penn Center
1635 Market Street
Philadelphia, PA  19103
(215) 241-8886
October 14, 2004

_____
Sonepar Distribution New England, Inc.
By: _Shawn Mumma_

October 6, 2004

### CERTIFICATE OF SERVICE

I, Shawn Mumma, hereby certify that a copy of the foregoing document was served by postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA  02111 on October 14, 2004.