UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT A. PILLOW,

    Plaintiff,

vs.

SONEPAR DISTRIBUTION OF NEW
ENGLAND, INC., CARL BRAND, AND
MAR PETERSON,

    Defendants.

Civil Action No. 03-12419-NG

### DEFENDANT MARK PETERSON'S CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), defendant Mark Peterson and his counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

_____       _____
James Bucci (admitted pro hac vice)      Mark Peterson
SPECTOR, GADON & ROSEN, P.C.
Seven Penn Center
1635 Market Street
Philadelphia, PA 19103
(215) 241-8886
October _8_, 2004       October __, 2004

### CERTIFICATE OF SERVICE

I, _James Bucci_, hereby certify that a copy of the foregoing document was served by postage prepaid, first class mail to Daniel S. O'Connor, Esq., Shaevel & Krems, 141 Tremont Street, Boston, MA 02111 on October _14_ 2004.

_____