# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT A. PILLOW,
            Plaintiff,

                                                CIVIL ACTION NO:
    V.                                          2003-12419-RBC

SONEPAR DISTRIBUTION NEW
ENGLAND, INC., ET AL,
            Defendants.

## *AMENDED NOTICE OF STATUS CONFERENCE*

Please take notice that a Status Conference in the above-entitled case has been

scheduled for **Tuesday, November 16, 2004 at 2:30 P.M.** in Courtroom #14, 5th

floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.


**OUT OF TOWN COUNSEL MAY PARTICIPATE BY TELEPHONE BY INFORMING THE CLERK (617-748-9233) OF THE NUMBER AT WHICH THEY CAN BE REACHED.**

                        **ROBERT B. COLLINGS**
                        **United States Magistrate Judge**

                        *Kathleen M. Dolan*

                        **Kathleen M. Dolan**
                        **Deputy Clerk**
                        **(617) 748-9229**

October 21, 2004

Notice sent to:
Daniel S. O'Connor, Esquire
William H. Shaevel, Esquire
James Bucci, Esquire
Jennifer C. Tucker, Esquire