# United States District Court
# District of Massachusetts

**ROBERT A. PILLOW,**
      **Plaintiff,**

      **V.**                                 **CIVIL ACTION NO. 2003-12419-RBC**

**SONEPAR DISTRIBUTION NEW**
      **ENGLAND, INC.,**
**CARL BRAND,**
**MARK PETERSON,**
      **Defendants.**

## *ORDER OF REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION*

**COLLINGS, U.S.M.J.**

After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:

```
____EARLY  NEUTRAL EVALUATION     _X_ MEDIATION
____MINI-TRIAL                    ____SUMMARY JURY TRIAL
____SETTLEMENT CONFERENCE         ____SPECIAL MASTER
____PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM
```

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.  If counsel is engaged on trial or has any scheduling conflict and a continuance

becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

  *IT IS REQUESTED THAT THE MEDIATION SESSION BE SCHEDULED AS SOON AS POSSIBLE <u>AFTER</u> JANUARY 4, 2005.*

*/s/ Robert B. Collings*
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**Date: November 16, 2004..**

CASE CATEGORY

| | | | |
|---|---|---|---|
| Antitrust | ____ | Bankruptcy | ____ |
| Civil Rights | X | Contract | ____ |
| Copyright/Trademark/Patent | ____ | Environmental | ____ |
| ERISA | ____ | FELA | ____ |
| Labor Relations | ____ | Medical Malpractice | ____ |
| Personal Injury | ____ | Product Liability | ____ |
| Shareholder Dispute | ____ | Social Security | ____ |
| Other | ____ | | |