# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

ROBERT PILLOW
    Plaintiff,

v.

SONEPAR DISTRIBUTION
NEW ENGLAND, INC. et al,
    Defendants.

CIVIL ACTION NO:
03-12419-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Friday, June 17, 2005.**

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 18, 2005

Notice to:

Daniel S. O'Connor, Esquire
William H. Shaevel, Esquire
James Bucci, Esquire
Jennifer Catlin Tucker, Esquire