UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT PILLOW<br>    Plaintiff,<br><br>vs.<br><br>SONEPAR DISTRIBUTION NEW ENGLAND, INC., CARL BRAND, and MARK PETERSON,<br>    Defendants. | Civil Action No. 03-12419-NG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Robert Pillow, and Defendants, Sonepar Distribution New England, Inc., Carl Brand, and Mark Peterson, hereby stipulate and agree to the dismissal, with prejudice, of each and every count in the Complaint against all Defendants. Kindly dismiss the Complaint and this lawsuit in their entirety against all Defendants WITH PREJUDICE.

Attorneys for Plaintiff:

_____
Daniel O'Connor
SHAEVEL & KREMS
141 Tremont Street
Boston, MA 02111
617-556-0244

Dated: April 13, 2005

Attorneys for Defendants:

_____
James Bucci
SPECTOR GADON & ROSEN, P.C.
1635 Market Street, Seventh Floor
Philadelphia, PA 19103
215-241-8888

Dated: April 26, 2005